IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALP BAYSAL, THOMAS MAXIM and
SANDRA ITALIANO, individually and on
behalf of all other similarly situated,

    Plaintiffs,

  v.

MIDVALE INDEMNITY COMPANY
and AMERICAN FAMILY MUTAL
INSURANCE COMPANY, S.I.,

    Defendants.

Case No. 21-cv-394-wmc

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Midvale Indemnity Company and American Family Mutual Insurance Company, S.I. against plaintiffs Alp Baysal, Thomas Maxim and Sandra Italiano, individually and on behalf of all other similarly situated dismissing this case.

| s/ J. Smith, Deputy Clerk | 4/19/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |